IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BENJAMIN VELASQUEZ | : | CIVIL ACTION |
| | : | |
| v. | : | No. 09-517 |
| | : | |
| DAVID DIGUGLIELMO, et al. | : | |

**ORDER**

AND NOW, this 28th day of September, 2012, it is ORDERED Defendants' Beard, DiGuglielmo, Murray, Williamson, Lorenzo, Dohman, Radle, Mark, and Stanishefski's Motion for Summary Judgment (Document 87) is GRANTED. Judgment is entered in favor of these Defendants and against Plaintiff on all claims.

It is further ORDERED Defendant Holly Schweitzer's Motion for Summary Judgment (Document 89) is GRANTED. Judgment is entered in favor of Schweitzer and against Plaintiff on Plaintiff's First Amendment retaliation claim, the sole remaining claim against Schweitzer.

It is further ORDERED Defendants Felipe Arias, M.D., and Richard Stefanic, M.D.'s Motion for Summary Judgment (Document 90) is GRANTED. Judgment is entered in favor of Drs. Arias and Stefanic and against Plaintiff on all claims against these Defendants.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez, J.